```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


EMILY ST. CLAIR,                          )
         Plaintiff,                       )
                                          )
              v.                          )  Civil Action
                                          )  No. 3:20-cv-30146-MGM
BERKSHIRE COUNTY SHERIFF'S                )
DEPARTMENT. et al.                        )
         Defendants.                      )
```

ORDER OF DISMISSAL

December 9, 2020

MASTROIANNI, U.S.D.J.

Pursuant to the court's electronic order of this date dismissing this action without prejudice, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge